# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-20262

United States Court of Appeals
Fifth Circuit

**FILED**

April 10, 2017

Lyle W. Cayce
Clerk

VERNON KING, JR.,

Plaintiff-Appellant

v.

BRYAN COLLIER; WARDEN TONY R. CHARE; WARDEN CHRISTOPHER LACOX; WARDEN GHEFF H. PRESTWOOD; MURRAY OWEN, MBA; JULYE ERNISTINE, M.D.; MOTT KHARA, M.D.; ELDON L. MONK; M. HENKEMEYER, R.N.; J. HORNS, Licensed Vocational Nurse; BOYCE, Licensed Vocational Nurse; C. MCCAULEY, Licensed Vocational Nurse; S. MADL, Licensed Vocational Nurse; SCOTT, R.N.; RUSSELL, R.N.; CAPTAIN R. COOK; MAJOR M. B. CROW; LIEUTENANT C. A. APPLEWHITE; SERGEANT J. JACKSON; OFFICER S. GRANT; OFFICER  HENRY,

Defendants-Appellees

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-943

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Vernon King, Jr., Texas prisoner # 590316, moves this court for authorization to proceed in forma pauperis (IFP) following the district court's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20262

dismissal of his 42 U.S.C. § 1983 complaint. King has failed to show that he should be allowed to proceed IFP on appeal under 28 U.S.C. § 1915(g) or that his appeal of the district court's judgment presents a nonfrivolous issue. *See Banos v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998); *Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982). King's motion for leave to proceed IFP is denied.

The facts surrounding the IFP decision are inextricably intertwined with the merits of the appeal. *See Baugh v. Taylor*, 117 F.3d 197, 202 & n.24 (5th Cir. 1997). The appeal presents no nonfrivolous issues and is dismissed as frivolous. 5TH CIR. R. 42.2. King's motion to stay proceedings is denied as moot.

IFP DENIED; STAY DENIED AS MOOT; APPEALS DISMISSED.